**Charles E. BECKNER, Appellant,**

v.

**Martha Lee BECKNER, Respondent.**

**No. WD 36184.**

Missouri Court of Appeals, Western District.

March 11, 1986.

John C. Russell, Raytown, for appellant.

Theodore D. Barnes, Raytown, for respondent.

Before SHANGLER, P.J., TURNAGE, C.J., and SOMERVILLE, J.

### ORDER

PER CURIAM:

Appeal from the Order of Dissolution, division of marital property and attorney's fee and the denial of the Order of Annulment.

Judgment affirmed. Rule 84.16(b).